# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re  Case No. 22–31727
 Chapter 13
Cynthia D. Grider ,

    Debtor.

## ORDER

This case is before the court on the following matter:

*37* – Rule 9007 Motion/Notice/Objection: Motion to Determine Mortgage Fees and Expenses in Chapter 13 Cases . filed by Stephen L. Klimjack on behalf of Cynthia D. Grider. Responses due by 02/6/2023. (Klimjack, Stephen)

It appears that notice has been given pursuant to L.B.R. 9007–1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated February 7, 2023

Christopher L. Hawkins
United States Bankruptcy Judge